1126

No. 94–8946.  SMITH *v.* SOUTH CAROLINA.  Ct. Common Pleas of Anderson County, S. C.  Certiorari denied.

No. 94–8983.  JERMYN *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 94–9017.  TOBIAS *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 94–9057.  BARBARIS *v.* UNITED STATES; and
No. 94–9100.  GRAY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 47 F. 3d 1162.

No. 94–9061.  WATSON *v.* MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 94–9117.  CRUZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9121.  RAINERI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–9124.  LEISURE *v.* NUTH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–9134.  CUNNINGHAM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9135.  BLAND *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9139.  LOVE *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–9140.  NUNEZ-CARREON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9144.  PERRIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–9145.  LOPEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9149.  ROGERS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.